IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-M-160A |
| | ) | |
| DENNIS BOYD | ) | |

ORDER OF REMOVAL

This matter was heard on December 16, 2005 before Magistrate Judge Lincoln D. Almond pursuant to Rule 5 of the Federal Rules of Criminal Procedure. The defendant waived his right to an identity hearing and after hearing argument of counsel, it is hereby

ORDERED, ADJUDGED AND DECREED

1. The defendant is ordered removed as expeditiously as is reasonably possible to the Northern District of Mississippi for hearing before Magistrate Judge Alexander.
2. The defendant is ordered detained pending his removal.

By Order,

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
U.S. Magistrate Judge
December 20, 2005